**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

| | |
|---|---|
| **IN RE:  James Wayne Wilkison**<br>**Debtor** | **CASE NO. 4:20-bk-11887-T**<br>**Chapter 11** |

**RABO AGRIFINANCE LLC**                                                           **PLAINTIFF**

**AP Case No. 4:21-ap-01045**

**JAMES WAYNE WILKISON, Debtor**                                    **DEFENDANT**

**STATEMENT OF CORPORATE OWNERSHIP**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, and to enable the Judges to evaluate possible disqualifications or recusal, undersigned counsel hereby certifies that the sole member of  Rabo AgriFinance LLC is Utrecht – America Holdings, Inc., a Delaware corporation, with its principal place of business in New York, New York.

BARBER LAW FIRM PLLC

425 W. Capitol Ave, Suite 3400
Little Rock, AR 72201
Ph     501.372.6175
Fax     501.375.2802

By:     /s/ Allison R. Gladden
        Allison R. Gladden (2008205)
        agladden@barberlawfirm.com
        James E. Smith (77128)
        jsmith@barberlawfirm.com